3405.  CHICAGO CRAYON Co. *v.* BAKER *et al.*

POWELL, J. The evidence was sufficient to authorize the verdict, and no material error of law in the instructions to the jury appears.

*Judgment affirmed.*

DECIDED JANUARY 15, 1912.

Action; from city court of Tifton—Judge Eve. April 15, 1911.

*Fulwood & Murray, J. B. Murrow, J. J. Murray,* for plaintiff.
*Ridgdill & Griner, L. P. Skeen,* for defendants.